May 17, 2016



# JUDGMENT

## The Fourteenth Court of Appeals

IN THE INTEREST OF C.C.G., A CHILD

NO. 14-15-00015-CV

_____

This court today considered a motion for rehearing en banc filed by appellant, M.L.G. We order that the motion be denied as moot, and that this court's former judgment of November 10, 2015, be vacated, set aside, and annulled. We further order this court's memorandum opinion of November 10, 2015, withdrawn.

This cause, an appeal from an order signed December 17, 2014, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, M.L.G., to pay all costs incurred in this appeal.

We further order this decision certified below for observance.